DEBRA J. ALBIN-RILEY (SBN 112602)
ALEXANDER R. SMART (SBN 253059)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401

PAUL M. KAPLAN (Admitted *pro hac vice*)
JENNIFER L. BOUGHER (Admitted *pro hac vice*)
MATTHEW TROKENHEIM (Admitted *pro hac vice*)
**ARENT FOX LLP**
1675 Broadway
New York, NY 10019
Telephone:   212.484.3900
Facsimile:   212.484.3990

Attorneys for Plaintiffs
MACQUARIE GROUP LIMITED, MACQUARIE BANK LIMITED, DAVID CLARKE, ALLAN MOSS, RICHARD SHEPPARD, BEN BRUCK AND JOHN BRAKEY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACQUARIE GROUP LIMITED, MACQUARIE BANK LIMITED, DAVID CLARKE, ALLAN MOSS, RICHARD SHEPPARD, BEN BRUCK, AND JOHN BRAKEY,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC CORPORATE GROUP LLC,<br><br>Defendant. | CASE NO.  08-CV-2113-IEG (WMC)<br>[Hon. Irma E. Gonzalez, Chief Judge, Presiding]<br><br>**STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>([Proposed] Order Dismissing Action With Prejudice Lodged Herewith) |

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3   pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4
5   Dated: June 30, 2009                **ARENT FOX LLP**
6
7                                        By: /s/ Paul M. Kaplan
                                         Paul M. Kaplan
8                                        Debra J. Albin-Riley
                                         Attorneys for Plaintiffs MACQUARIE GROUP
9                                        LIMITED, MACQUARIE BANK LIMITED,
                                         DAVID CLARKE, ALLAN MOSS, RICHARD
10                                       SHEPPARD, BEN BRUCK AND JOHN
                                         BRAKEY
11

12  Dated: June 30, 2009                **SULLIVAN, HILL, LEWIN, REZ & ENGEL**
                                        **A Professional Law Corporation**
13
14
15                                      By: /s/ Jeffrey D. Lewin
                                        Jeffrey D. Lewin
16                                      Cynthia A. Fissel
                                        Attorneys for Defendant PACIFIC CORPORATE
17                                      GROUP LLC

- 1 -
STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE

ARENT FOX LLP
ATTORNEYS AT LAW
WASHINGTON

NYC/434051.1

# PROOF OF SERVICE

I, Haewon Park, declare:

I am a resident of and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 West Fifth Street, 48th Floor, Los Angeles, California 90013-1065. On June 30, 2009, I served a copy of the within document(s):

**STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

- ■ By electronically filing the foregoing document(s) with the Clerk of the District Court of California, Southern District, using its ECF System, which electronically notifies them and the addressees registered with said ECF System..

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 30, 2009, at Los Angeles, California.

_____
Haewon Park

ARENT FOX LLP
ATTORNEYS AT LAW
WASHINGTON

NYC/426545.1